**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| SOL IP, LLC, | § § § | |
| Plaintiff, | § § | Case No. 2:18-CV-00526-RWS-RSP |
| v. | § § | |
| AT&T MOBILITY LLC, | § § § | |
| Defendant. | § § | |

## ORDER

Defendant AT&T Mobility LLC previously filed a Supplemental Brief in Support of its Objections to the Docket Control Order. (Dkt. No. 115.) Now before the Court is Plaintiff Sol IP, LLC's Unopposed Motion for Leave to File Response to Defendant's Supplemental Brief. (Dkt. No. 123.) The Court, having considered all the evidence before it, hereby GRANTS the Motion. IT IS THEREFORE ORDERED that Plaintiff is permitted to file a Response to Defendant AT&T Mobility LLC's Supplemental Brief.

**SIGNED this 19th day of April, 2019.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE