**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SOL IP, LLC,<br>         *Plaintiff*,<br><br>   v.<br><br>AT&T MOBILITY LLC,<br>        *Defendant*.<br><br>   v.<br><br>SPRINT COMMUNICATIONS CO L.P.,<br>SPRINT SOLUTIONS, INC., and<br>SPRINT SPECTRUM L.P.,<br>        *Defendants*.<br><br>   v.<br><br>CELLCO PARTNERSHIP d/b/a/ VERIZON<br>WIRELESS,<br>        *Defendants*.<br><br>   v.<br><br>ERICSSON INC. and<br>NOKIA OF AMERICA CORPORATION,<br>        *Intervenors*. | Civil Action No. 2:18-cv-00526-RWS-RSP<br><br>***CONSOLIDATED LEAD CASE***<br><br>**JURY TRIAL DEMANDED**<br><br>Civil Action No. 2:18-cv-00527-RWS-RSP<br>Civil Action No. 2:18-cv-00528-RWS-RSP |

## DECLARATION OF DANIEL J. SHIH

I, Daniel J. Shih, declare and state as follows:

1.     I am an attorney admitted to practice in the state of Washington and before this Court. I am counsel of record in this Court for plaintiff in this matter. I make this declaration based upon my personal knowledge.

2.     Attached hereto are true and correct copies of the following documents:

<u>Exhibit A</u>     U.S. Patent No. 8,774,309

Exhibit B     Ericsson's Petition for Inter Partes Review of U.S. Patent No. 8,774,309, No. IPR2017-01186, Doc. 1 (Mar. 28, 2017) (highlighted excerpts)

Exhibit C     U.S. Patent No. 7,251,768

Exhibit D     Ericsson's Petition for Inter Partes Review of U.S. Patent No. 7,251,768, No. IPR2017-01197, Doc. 1 (Mar. 29, 2017) (highlighted excerpts)

Exhibit E     U.S. Reissue Patent No. RE45,230

Exhibit F     Ericsson's Petition for Inter Partes Review of U.S. Patent No. RE45,230, No. IPR2017-01219, Doc. 1 (Mar. 30, 2017) (highlighted excerpts)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 2, 2019.

*/s/ Daniel J. Shih*
Daniel J. Shih