**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| SOL IP, LLC | § | |
| | § | |
| v. | § | Case No. 2:18-CV-0526-RWS-RSP |
| | § | |
| AT&T MOBILITY LLC | § | |

**Markman and Motion Hearing
MAG. JUDGE ROY PAYNE PRESIDING
December 4, 2019**

**OPEN:** 9:00 am                                                                                    **ADJOURN:** 12:25 pm

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEY FOR DEFENDANTS: | See attached |
| TECHNICAL ADVISOR: | David Keyzer |
| LAW CLERK: | Jonathan Todd |
| COURT REPORTER: | Shelly Holmes |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Max Tribble announced ready and introduced co-counsel. Ted Stevenson announced ready for Ericsson and AT&T and introduced co-counsel. Benjamin Hershkowitz announced ready for AT&T and introduced co-counsel. Mike Jones announced ready for Verizon and introduced co-counsel. Bob Weber announced ready for Sprint and introduced co-counsel. Deron Dacus announced ready for Nokia and introduced co-counsel.

Ted Stevenson argued Ericsson's Motion to Disqualify Two Sol Technical Experts Previously and Retained by Ericsson in an Ongoing Case Involving the Same Accused Products (Dkt. No. 241). Daniel Shih responded for plaintiff. The Court took the motion under advisement.

The Court heard argument on a term by term basis. Kalpana Srinivasan, Daniel Shih, Max Tribble and Joe Grinstein presented argument on behalf of Plaintiff. Michael Newton, Brianne Straka, Benjamin Hershkowitz, Andriana Daly and Michael Bittner presented argument on behalf of Defendants.

The Court took the claim construction matters under submission.