**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SOL IP, LLC,<br>    *Plaintiff*,<br>v.<br>AT&T MOBILITY LLC,<br>    *Defendant*,<br>ERICSSON INC. and<br>NOKIA OF AMERICA CORPORATION,<br>    *Intervenors*. | Case No. 2:18-cv-00526-RWS-RSP<br>LEAD CASE |
| SPRINT COMMUNICATIONS CO L.P.,<br>SPRINT SOLUTIONS, INC., and<br>SPRINT SPECTRUM L.P.,<br>    *Defendants*,<br>ERICSSON INC. and<br>NOKIA OF AMERICA CORPORATION,<br>    *Intervenors*. | Case No. 2:18-cv-00527-RWS-RSP<br>CONSOLIDATED CASE |
| VERIZON COMMUNICATIONS INC.<br>and CELLCO PARTNERSHIP d/b/a<br>VERIZON WIRELESS,<br>    *Defendants*,<br>ERICSSON INC. and<br>NOKIA OF AMERICA CORPORATION,<br>    *Intervenors*. | Case No. 2:18-cv-00528-RWS-RSP<br>CONSOLIDATED CASE |

## **ORDER**

Before the Court is the Joint Motion to Extend Stay of All Deadlines by Plaintiff Sol IP LLP and Defendant Cellco Partnership d/b/a Verizon Wireless and Intervenor Nokia of America Corp. (collectively, the "Parties"). **Dkt. No. 558**.

After consideration, the Court **GRANTS** the Parties' Joint Motion. It is therefore **ORDERED** that all unreached case deadlines applicable between the Parties are stayed until May 21, 2020.

**SIGNED this 14th day of May, 2020.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE